No. 10–5663. ADAMS *v.* VAZQUEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5667. RUHBAYAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5669. SALAZAR *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–5670. GRANT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5673. HODGE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5674. GALLEGOS-LOPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5676. REEVES *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–5677. NEWMAN *v.* REDMANN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–5679. SMALLWOOD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5681. REID *v.* SWIFT TRANSPORTATION CO., INC. Ct. App. Ariz. Certiorari denied.

No. 10–5683. CHALK *v.* RHODE ISLAND. C. A. 1st Cir. Certiorari denied.

No. 10–5694. RUCKER *v.* LATTIMORE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5695. WASHINGTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–5696. WOODS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–5697. MORRISON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5700. LASKO *v.* WATTS ET AL. C. A. 3d Cir. Certiorari denied.